UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 2 6 2018
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

THOMAS CARROLL,

    Plaintiff,

-against-

MARLIN HOSPITALITY, INC.,
d/b/a DUNHAM'S BAY RESORT,

    Defendant.

STIPULATION OF
DISMISSAL WITH
PREJUDICE

Civil Case No.:
1:16-cv-1290 (TJM/DJS)

IT IS HERBEY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above captioned action, that whereas no party hereto is an infant or incompetent, the above-captioned action be, and the same hereby is, dismissed in its entirety with prejudice, without costs, attorneys' fees, expenses or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 1/24/17

TULLY RINCKEY, P.L.L.C.

By: _____
    Michael W. Macomber

441 New Karner Rd.
Albany, New York 12205
Telephone: (518) 640-1244
Fax: (518) 218-0496
Email: MMacomber@tullylegal.com

*Attorneys for Plaintiff*

Dated: 1/18/2018

JACKSON LEWIS, P.C.

By: _____
    William J. Anthony, Esq.
    Kristi Rich Winters, Esq.
677 Broadway, 9th Floor
Albany, New York 12207
Telephone: (518) 512-8700
Fax: (518) 242-7730
Email: anthonyw@jacksonlewis.com
          kristi.winters@jacksonlewis.com

*Attorneys for Defendant*

SO ORDERED

Dated: January 25, 2018

_____
Hon. Thomas J. McAvoy, SUSDJ